UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA, : | CASE NO. 1:17-cr-00269 |
| Plaintiff, : | ORDER |
| v. : | |
| JESUS CARO LOPEZ, : | |
| Defendant. : | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

On August 23, 2021, Defendant Lopez filed a motion for compassionate release.[1] On September 22, 2021, counsel for Defendant Lopez filed a notice of intent not to file a supplemental motion.[2]

The Court **ORDERS** the government to respond to Defendant Lopez's compassionate release motion within 21 days of this order.

IT IS SO ORDERED.

Dated: March 25, 2022         *s/     James S. Gwin*
                              JAMES S. GWIN
                              UNITED STATES DISTRICT JUDGE

---

[1] Doc. 289.
[2] Doc. 290.