UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:17-cr-00269-1 |
| | : | |
| Plaintiff, | : | ORDER |
| | : | [Resolving Doc. 293] |
| v. | : | |
| | : | |
| JESUS CARO LOPEZ, | : | |
| | : | |
| Defendant. | : | |
| | : | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

Defendant Jesus Caro Lopez seeks a sentence reduction under 18 U.S.C. § 3582(c)(1)(A).[1]  Defendant argues in part that a non-retroactive sentencing law change created an extraordinary and compelling reason to reduce his sentence.[2]

Defendant's argument relies on a recently-vacated Sixth Circuit panel decision, *United States v. McCall*, 20 F.4th 1108 (6th Cir. 2021).  In April, the Sixth Circuit vacated that decision and set the case for rehearing *en banc*.[3]  With the order granting rehearing *en banc*, the panel decision lost effect.  The Sixth Circuit will hear oral argument *en banc* on June 8, 2022.[4]

Now, the government moves to hold Defendant Jesus Caro Lopez's motion in abeyance until after the Sixth Circuit issues a decision in the *McCall* case.[5]  The government argues that the Sixth Circuit ruling will clarify conflicting panel decisions about the effect of

---

[1] Doc. 289; Doc. 290.
[2] *Id.*
[3] *United States v. McCall*, 29 F.4th 816 (Mem) (6th Cir. 2022).
[4] Sixth Circuit Oral Argument Calendar, https://www.ca6.uscourts.gov/sites/ca6/files/documents/oral_argument_calendars/06062022_arg.pdf (last visited May 24, 2022).
[5] Doc. 293.

Case No. 1:17-cr-00269
GWIN, J.

nonretroactive sentencing law changes on compassionate release motions.

The Court **GRANTS** the government's motion to hold Defendant's compassionate release motion in abeyance until after the Sixth Circuit issues the *en banc* decision in *United States v. McCall*.[6]

IT IS SO ORDERED.

Dated: June 7, 2022             *s/    James S. Gwin*
                                                    JAMES S. GWIN
                                                    UNITED STATES DISTRICT JUDGE

---

[6] *United States v. McCall*, No. 21-3400 (6th Cir.).