UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

---------------------------------------------------------------

UNITED STATES OF AMERICA,                :

                                         :          Case No. 1:17-cr-00269-1

     Plaintiff,                          :

                                         :

vs.                                      :          ORDER

                                         :

JESUS CARO LOPEZ,                        :

                                         :

                                         :

     Defendant.                          :

---------------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Jesus Caro Lopez moved for a sentence reduction under the compassionate-release statute.[1]   Lopez's motion argued, in part, that a nonretroactive sentencing-law change presented an extraordinary and compelling reason for relief.[2]

When Lopez filed his motion, the Sixth Circuit had issued conflicting decisions about whether district courts could consider nonretroactive sentencing-law changes when deciding compassionate-release motions.[3]  But the en banc Sixth Circuit appeared ready to resolve the intracircuit split in *United States v. McCall*.[4]

On June 7, 2022, the Court granted the Government's motion to hold Lopez's motion in abeyance pending the Sixth Circuit's *McCall* decision.[5]

On December 22, 2022, the Sixth Circuit issued its *McCall* decision.[6]  The en banc court held that nonretroactive sentencing-law changes do not provide extraordinary and

---

[1] Doc. 68; 18 U.S.C. § 3582(c)(1)(A)(ii).  Courtney's counsel supplemented his pro se motion.  Doc. 70.

[2] Doc. 70 at 2–5  (PageID 1110–13).

[3] *See United States v. McCall*, 21-3400, 2022 WL 17843865, at *2 (6th Cir. Dec. 22, 2022) (describing the split).

[4] *United States v. McCall*, 29 F.4th 816 (6th Cir. 2022) (mem.) (granting rehearing en banc).

[5] Doc. 73.

[6] *McCall*, 2022 WL 17843865 (6th Cir. Dec. 22, 2022).

Case No. 1:17-cr-00269
Gwin, J.

compelling reasons to grant compassionate release.[7]

Now, the Court **LIFTS THE STAY** on Lopez's motion and **ORDERS** the Government to respond to Lopez's motion within 21 days of this order.  The Court further **ORDERS** Lopez to file any reply within 14 days of the Government's response.

IT IS SO ORDERED

Dated:  June 14, 2023                                    s/     James S. Gwin
                                                                    JAMES S. GWIN
                                                                    UNITED STATES DISTRICT JUDGE

---

[7] *McCall*, 2022 WL 17843865, at *5–11 (6th Cir. Dec. 22, 2022)